(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Knight, et al.

**Plaintiff(s)**

Case No. 2:14-cv-02341-MHW-TPK

vs.

Whitehall City School District, et al.

**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested.  No application will be considered until it is fully completed.

I. Are you employed?  Yes X   No ___
   A. If you answered "Yes":
      (1) What is the name and address of your employer
      Kroger Pharmacy
      4485 refugee rd
      (2) How much do you earn per month?
      I'm on FMLA which is 40% reg pay equaling $760 month

   B. If you answered "No"
      (1) Have you ever been employed?  Yes ___  No ___
      If yes, what was the last year and month you were employed? ___
      How much did you earn a month? ___

II. What is your marital status?
    Single ___   Married X   Widowed ___   Divorced ___
    A. If you answered "Married":
       (1) Is your spouse employed?  Yes ___   No X
       If yes, how much does your spouse earn each month?
       $ ___

III. Do you have any dependents?  Yes X   No ___
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| JQB ~~Jacalyn Brooks~~ | Daughter | 0 |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes X   No ___
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Ameriprise retirements | $4,000 | | $ |
| | $ | | $ |
| | $ | | $ |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes __X__    No____

   A. If you answered "Yes", state the combined total amount:
      $ 1,800 checking

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
   Yes____    No____
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| Home | $130,000 - owe on | | $ |
| vehicle | $28,000 - owe on | | $ |
| vehicle | $9,000 - own free and clear | | $ |
| Ameriprise retirement | $18,000? → around this amount high risk high gain | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Month | Creditor | Amount Owed | Month |
|---|---|---|---|---|---|
| US bank Home | $65,000 | $750.00 | AEP | $ | $250.00 |
| Kemba | $8,000 | $300.00 | WOW - Phone, Internet, Cable | $ | $110.00 |
| Chase (Mitsu/vehicle) | $26,000? | $416.00 | Columbus util* | $ | $60.00 |
| Grangelns Auto/home | $ | $310.00 | Property tax (set aside) | $ | $255.00 |

VIII. State your address and telephone number where the Court can reach you.
   Laura K Brooks    (614) 316-1957
   5015 Etna Rd
   Whitehall Oh 43213    (614) 626-0203

I declare under penalty of perjury that the above information is true and correct.

11/24/14        Laura K Brooks
Date            Signature of Applicant

-3-