UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Tynez Knight,** *et al.*,

    **Plaintiffs,**

    v.                                            Case No. 2:14–cv–2341

**Whitehall City School District**                Judge Michael H. Watson
*et al.*,

    **Defendants.**

## ORDER

On December 3, 2014, United States Magistrate Judge Kemp issued a Report and Recommendation ("R&R") granting Plaintiff Toral Knight's application to proceed *in forma pauperis*, ECF No. 2, and denying Plaintiff Laura Brooks's application to proceed *in forma pauperis*, ECF No 5. R&R 3, ECF No. 6.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 3. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED.** Plaintiff Laura Brooks is **directed to pay her share of the filing fee** in accordance with the deadline imposed in the R&R. *See* R&R 3, ECF No. 6.

Further, as indicated in the R&R, the United States Marshal serve by certified mail a copy of the complaint, summons, and a copy of this order, upon the defendant at each of the addresses shown on the Process Receipt and Return forms which have been completed by the plaintiff (should she complete such forms and request service by the Marshal).

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**