AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Tynez Knight, et al.,

*Plaintiff(s)*

v.

Whitehall City School District - Board of Education, et al.,

*Defendant(s)*

Civil Action No. 2:14-cv-2341

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Whitehall City School District - Board of Education
625 S. Yearling Road
Whitehall, Ohio 43213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Byron L. Potts
Byron L. Potts & Co., L.P.A.
538 East Rich Street
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/29/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tynez Knight, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:14-cv-2341 |
| Whitehall City School District - Board of Education, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Whitehall
360 S. Yearling Road
Whitehall, Ohio 43213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Byron L. Potts
Byron L. Potts & Co., L.P.A.
538 East Rich Street
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/29/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Tynez Knight, et al., )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:14-cv-2341
)
Whitehall City School District - Board of Education, et al., )
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher M. Litostansky
1031 Bernard Road
Columbus, Ohio 43227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Byron L. Potts
Byron L. Potts & Co., L.P.A.
538 East Rich Street
Columbus, Ohio 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/29/2014

Signature of Clerk or Deputy Clerk